■ MARLENE WHITMORE et al., Appellants, v FEDERATED RETAIL HOLDING, INC., et al., Respondents. [916 NYS2d 568]— Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered October 21, 2009. The order granted the motion of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.

■ JAMES E. MCMANUS, Plaintiff, v COUNTY OF ONONDAGA et al., Defendants. COUNTY OF ONONDOGA et al., Third-Party Plaintiffs-Respondents, v JAMES M. KRAUS, Doing Business as JAMES M. KRAUS CONSTRUCTION, Third-Party Defendant-Respondent, and H.G. SPICER & SON, INC., Third-Party Defendant-Appellant. H.G. SPICER & SON, INC., Fourth-Party Plaintiff-Respondent, v TREVOR MORRIS, Doing Business as CREATIVE HARDSCAPES, Fourth-Party Defendant-Appellant. [915 NYS2d 882]—Appeals from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 10, 2010 in a personal injury action. The order, insofar as appealed from, denied the cross motions of third-party defendant H.G. Spicer & Son, Inc. and fourth-party defendant Trevor Morris, doing business as Creative Hardscapes, for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Gorski, JJ.